# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUN 18 AM 11:45

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

Ronal J. Kiskila; Donna E. Kiskila, Plaintiffs

vs

United States of America, Does 1 through 50, Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 1032 JM CAB

First Amended Complaint For Personal Injuries Due to Medical Malpractice, Negligence and Loss of Consortium

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ronal J. Kiskila and Donna E. Kiskila
39877 Milkmaid Lane
Murrieta, CA 92562
(951) 894-2525

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JUN 18 2008

DATE

By C. PUTTMANN Deputy Clerk



ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)