# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2008 SEP -5 PM 1:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ________ DEPUTY

Ronal J. Kiskila;
Donna E. Kiskila, Plaintiffs

vs

United States of America,
Does 1 through 50,
Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. 08 CV 1032 JM CAB

First amended Complaint For Personal Injuries Due to Medical Malpractice, Negligence and Loss of Consortium

**TO: (Name and Address of Defendant)**

Department of Veterans Affairs
Regional Counsels office
4150 Clement Street Bldg. 210
San Francisco, Ca 94121

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ronal J. Kiskila and Donna E. Kiskila
39877 Milkmaid Lane
Murrieta, CA 92562
(951) 894-2525

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JUN 18 2008

DATE

By [signature], Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | DATE August 4, 2008 |
|---|---|
| NAME OF SERVER Patricia Cheeseman | TITLE server |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ____________

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ____________

Return unexecuted:

X Other (specify): By U.S. Certified Mail - Return Receipt

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | -0- |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: August 4, 2008
Date

Patricia Cheeseman
Signature of Server

1220 S. Santa Fe St., Hemet, CA 92543
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

7005 3110 0000 8501 7970

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

SAN FRANCISCO CA 94121

0543

| | |
|---|---|
| Postage | $ $1.34 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.24 |

Postmark Here

AUG - 4 2008

08/04/2008

Sent To: Dept of Veterans Affairs Reg Off
Street, Apt. No.; or PO Box No. 4150 Clement St Bldg 210
City, State, ZIP+4: San Francisco, CA 94121

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept of Veterans Affairs
Regional Counsels Office
4150 Clement St Bldg 210
San Francisco, CA
94121

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SAN FRANCISCO CA 2008 STA P PCA USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7005 3110 0000 8501 7970

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540