# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 SEP -5 PM 1:33

CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

Ronal J. Kiskila;
Donna E. Kiskila, Plaintiffs

vs

United States of America, Does 1 through 50, Defendants.

**SUMMONS IN A CIVIL ACTION**

**Case No.** 08 CV 1032 JM CAB

First Amended Complaint For Personal Injuries Due to Medical Malpractice, Negligence And Loss of Consortium

**TO: (Name and Address of Defendant)**

United States Attorney's Office
Civil Process Clerk
880 Front Street Rm 6293
San Diego, Ca. 92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ronal J. Kiskila and Donna E. Kiskila
39877 Milkmaid Lane
Murrieta, CA 92562
(951) 894-2525

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| | |
|---|---|
| W. Samuel Hamrick, Jr. | JUN 18 2008 |
| CLERK | DATE |

By [signature], Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

CR

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE August 4, 2008 |
| NAME OF SERVER Patricia Cheeseman | TITLE Server |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served: ______

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: ______

Return unexecuted:

X Other (specify): By U.S. Certified Mail - Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | -0- |
|---|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: August 4, 2008
Date

Patricia Cheeseman
Signature of Server

1220 S. Santa Fe St, Hemet, CA 92543
Address of Server

## NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

7005 3110 0000 8501 7987

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ $4.80 | |
| Certified Fee | $2.70 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.20 | 04 AUG 2008 USPS 08/04/2008 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $9.70 | |

Sent To: US atty off - Civil Process Clerk
Street, Apt. No.; or PO Box No.: 880 Front Street # 6293
City, State, ZIP+4: San Diego, Ca 92101

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Attorneys Office
Civil Process Clerk,
Mary Wiggins
880 Front Street
Room 6293
San Diego, CA 92101

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*): N. Ygra, G
C. Date of Delivery: AUG 05 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)*: 7005 3110 0000 8501 7987

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540