UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONAL J. KISKILA; and DONNA E. KISKILA,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 THROUGH 50,<br><br>　　　　　　　　　　　　　　　Defendant. | Civil No.　08cv1032-JM (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DATES**<br><br>**[Doc. No. 18]** |

Upon the joint request of Plaintiffs and Defendant and for good cause shown, the Court hereby GRANTS the joint motion. The pretrial schedule is adjusted as follows:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| All fact discovery completed | May 8, 2009 | unchanged |
| Plaintiffs experts' designations and reports | May 15, 2009 | June 19, 2009 |
| Updated MSC briefs due | | June 15, 2009 |
| **Settlement Conference** | May 22, 2009 | June 22, 2009 2:00 p.m. |
| Defendant's experts' designations and reports | June 12, 2009 | July 24, 2009 |
| Plaintiffs' supplemental experts' reports | June 26, 2009 | August 14, 2009 |
| Expert discovery completed | July 17, 2009 | September 25, 2009 |
| Deadline for Motions to be Filed | August 4, 2009 | October 23, 2009 |
| Final Pretrial Disclosures Rule 26(a)(3) | November 13, 2009 | December 21, 2009 |

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Memo of Contentions of Fact and Law | November 13, 2009 | December 21, 2009 |
| Objections to Rule 26(a)(3) Pretrial Disclosures | November 20, 2009 | January 12, 2010 |
| Parties Meet re Plaintiffs' draft Pre-trial Order and Exchange Exhibits (L.R. 16.1.f.4) | November 20, 2009 | January 18, 2010 |
| Parties lodge Joint Proposed Pre-trial Order with Court | November 25, 2009 | January 20, 2010 |
| **Pretrial Conference before District Judge Miller** | December 4, 2009 | January 29, 2010 8:30 a.m |
| **TRIAL date** | January 4, 2010 10:00 a.m. | March 1, 2010 10:00 a.m. |

The terms of the Court's order of March 3, 2009, shall carry over and apply to the revised schedule.

**IT IS SO ORDERED.**

DATED: May 12, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge