UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONAL J. KISKILA; and DONNA E. KISKILA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 THROUGH 50,<br><br>Defendant. | Civil No.   08cv1032-JM (CAB)<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE, EXTENDING CERTAIN PRETRIAL DATES** |

On June 22, 2009, the Court held a Mandatory Settlement Conference, and the case did not settle. Having reviewed the status of the litigation and for good cause, **IT IS HEREBY ORDERED**:

1. Plaintiff Ron Kiskila will participate in a medical evaluation by defendant's expert, Jerrold Glassman, MD, FACC at a time convenient for all concerned. The examination is limited to: (1) an oral review of Ron Kiskila's medical history; (2) a non-invasive physical examination; and (3) an echo-cardiogram. The Court has <u>not</u> authorized the administration of a stress test. Donna Kiskila may be present at the interview and examination, but may not participate. Accordingly, Defendant's *ex parte* motion to compel Plaintiff's attendance at defense medical examination is GRANTED in part and DENIED in part. [Doc. No. 20.]

2. Plaintiffs may notice the deposition of CRAssociates, Inc., pursuant to Rule 30(b)(6), regarding the contractor/employee status of Osvaldo Lopez, M.D. with the Escondido VA Clinic. The deposition may be conducted by telephone.

///

3. Plaintiffs' deadline for identification and service of expert reports is continued to **July 24, 2009**.

4. Defendant's deadline for identification and service of expert reports is continued to **August 21, 2009**.

5. Plaintiffs' deadline for service of any rebuttal expert reports is continued to **September 11, 2009**.

6. The deadline for completion of expert discovery is continued to **October 9, 2009**.

7. All corresponding dates in the Court's Order of May 12, 2009 [Doc. No. 19] are hereby vacated. All other dates remain the same.

DATED: June 24, 2009

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge